IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY LEE, #184 070, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:10-cv-864-ID |
| LOUIS BOYD, *et al.,* | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. No. 3) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION of the Magistrate Judge is ADOPTED. This case is DISMISSED without prejudice due to Plaintiff's failure to pay the requisite $350.00 filing fee upon the initiation of this cause of action.

A separate judgment shall issue.

Done this 5th day of November, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE